UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARIANN H. MCCANN,

    Plaintiff,

v.                                                  Case No.  6:12-cv-629 -ORL-TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER

    Pending before the Court is Plaintiff's Unopposed Motion to Extend Fourteen Day Period Described in Fed. R. Civ. P. 54(d)(2)(B) for Filing Petition for Approval of Attorney Fees.  (Doc. 19).  Rule 54(d)(2)(B) mandates that an attorney file his motion for attorney's fees no later than fourteen days after judgment.  Pursuant to M.D. Fla. R. 3.01(g), counsel for Plaintiff represents that he has conferred with Defendant's counsel, who has no objection to the requested enlargement of time.  Upon due consideration, Plaintiff's motion is **GRANTED**. The fourteen days allotted by Fed. R. Civ. P. 54(d)(2)(B) is extended to thirty (30) days from the date of Commissioner's close out letter to Plaintiff's attorney notifying Counsel that Plaintiff's past due benefits will be released unless a claim is made for attorney's fees.

    DONE AND ORDERED in Orlando, FL on November 27, 2012.

THOMAS B. SMITH
United States Magistrate Judge

    Copies to all counsel